UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

JONATHAN CARROLL, on behalf of himself
and all others similarly situated,

        Plaintiff,

v.

CRÈME DE LA CRÈME, INC.,

        Defendant.
_____/

Case No. 1:16-cv-04561

        Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jonathan Carroll hereby voluntarily dismisses this action, in its entirety, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); Fed. R. Civ. P. 41(a)(1)(B).

Dated: February 1, 2017

Respectfully submitted,

/s/ Frank S. Hedin_____
Jennifer W. Sprengel
Daniel O. Herrera
**CAFFERTY CLOBES**
**MERIWETHER & SPRENGEL LLP**
150 S. Wacker Dr., Suite 3000
Chicago, Illinois 60606
Phone: (312) 782-4880
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com

David P. Milian (*pro hac vice*)
Frank S. Hedin (*pro hac vice*)
**CAREY RODRIGUEZ**
**MILIAN GONYA, LLP**
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
dmilian@careyrodriguez.com
fhedin@careyrodriguez.com

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Frank S. Hedin
Frank S. Hedin
